# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:12cr12-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| DONZELL ALI McKINNEY. ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Continue [Doc. 45] and the Government's Motion to Dismiss [Doc. 50].

The Government moves to dismiss the Bill of Indictment with respect to the above-named Defendant. For the reasons stated therein, the Government's motion is granted. In light of the dismissal of the Bill of Indictment, the Defendant's Motion to Continue is rendered moot.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 50] is **GRANTED**, and the Bill of Indictment is hereby **DISMISSED WITHOUT PREJUDICE** as to the above-named Defendant.

**IT IS FURTHER ORDERED** that the Defendant's Motion to Continue [Doc. 45] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: August 24, 2012

Martin Reidinger
United States District Judge